JACOB ALLABACK, Respondent, *v.* GEORGE W. UTT, Appellant.

(Argued September 25, 1872; decided January term, 1873.)

THIS was an action of trespass.

Plaintiff found defendant's cattle trespassing upon his premises and took them into his possession. A few hours after defendant, against plaintiff's remonstrances, threw down the fence of the latter and drove the cattle away. For this trespass the action was brought. It did not appear that the cattle did more than nominal damage. *Held* (HUNT, C., dissenting), that the trespass was willful, as the law authorized the detention of the cattle for twenty-four hours. While plaintiff so held them they were in the custody of the law, and the jury, therefore, were authorized to give exemplary damages.

*D. Wright* for the appellant.

*O. Wood* for the respondent.

HUNT, C., reads for reversal.
EARL, C., reads for affirmance.
All concur for affirmance, except HUNT, C., dissenting.
Judgment affirmed.